IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAVAJO AGRICULTURAL
PRODUCTS INDUSTRY,

        Petitioner,

v.                                     No. MC 13-0034 RB/LAM

UNITED STATES,

        Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 26)*, filed on January 20, 2015.  No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 26)* and grant Petitioner's *Renewed Petition for the Return of Property (Doc. 23)*.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 26)* are **ADOPTED** by the Court and Petitioner's *Renewed Petition for the Return of Property (Doc. 23)* is **GRANTED**.

**IT IS FURTHER ORDERED** the United States shall return all of the materials seized from Petitioner, as well as any electronic and paper copies of those materials, **within fifteen (15) days of the entry of this Order**.

        **IT IS SO ORDERED.**

                           _____
                           **HONORABLE ROBERT C. BRACK**
                           **UNITED STATES DISTRICT JUDGE**